**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THOMAS J. BONASERA,**

    **Plaintiff,**

  v.

**NEW RIVER ELECTRICAL CORPORATION,** *et. al.*,

    **Defendants.**

Case No. 2:19-cv-3817
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## OPINION AND ORDER

The matter before the Court is Plaintiff Thomas J. Bonasera's Motion to file Opposition to Defendant New River Electrical Corporation's Notice of Supplemental Authority in Support of Its Motion to Dismiss (ECF No. 47). For good cause shown, the motion (ECF No. 47) is **GRANTED**.

**IT IS SO ORDERED.**


**7/30/2020**            **s/Edmund A. Sargus, Jr.**
**DATE**                 **EDMUND A. SARGUS, JR.**
                        **UNITED STATES DISTRICT JUDGE**