UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THOMAS J. BONASERA,**
**Administrator of the Estate of**
**Alaina Nicole Steele, Deceased,**

    **Plaintiff,**

  v.                               **Case No. 2:19-cv-3817**
                                   **JUDGE EDMUND A. SARGUS, JR.**
                                   **Magistrate Judge Chelsey M. Vascura**

**PENNSYLVANIA NATIONAL**
**MUTUAL CASUALTY INSURANCE**
**COMPANY d/b/a PENN NATIONAL**
**INSURANCE,** *et al.***,**

    **Defendants.**

## OPINION AND ORDER

      This matter is before the Court on Plaintiff's Second Motion for Partial Summary Judgment against Defendant Penn National (ECF No. 109). Plaintiff subsequently dismissed all claims against Penn National in a Joint Motion to Dismiss (ECF No. 129) and the Court granted the dismissal (ECF No. 130). Because Plaintiff dismissed Penn National, his motion against Penn National (ECF No. 109) is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

**1/10/2022**                                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                              **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**